Aaltje Dekker, as Administratrix, etc., Respondent, v. Richey, Browne & Donald, Appellant.— Judgment and order reversed and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $3,500; in which event judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

Ferral C. Dininny, Respondent, v. Henrietta L. Brown, Individually and as Executrix, etc., Appellant.— Judgment affirmed, with costs, on 148 Appellate Division, 671. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

The People of the State of New York ex rel. Martin Cooper, Relator, v. Joseph Johnson, as Fire Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings dismissed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Daniel M. Lynx, Appellant.— Judgment and orders affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.

George O. Glendening, Respondent, v. Western Union Telegraph Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Joseph G. Cushman, Respondent, v. George D. Cook and Arthur B. Turner, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.; Scott, J., dissenting.

Gertrude Skidmore and Others, Respondents, v. Frederick S. Myers, as Executor, etc., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Judicial Settlement of the Account of Max Mandelbaum and Gustave Friedberger, as Executors, etc., of Emilie Rosendahl, Deceased.— Decree affirmed, with costs, on opinion of Fowler, S. (Reported in 80 Misc. Rep. 475.) Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Leonard B. Meyer.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Charles H. Allshouse, Respondent, v. Devore Palmer, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

James Tormey, Respondent, v. The Deane Plaster Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.